No. 96–6673. STEVEN L. ET AL. v. BOARD OF EDUCATION OF DOWNERS GROVE GRADE SCHOOL DISTRICT NO. 58. C. A. 7th Cir.;

1114

No. 96–7348. VEALE ET UX. *v.* CITIBANK, F. S. B. C. A. 11th Cir.; and

No. 96–7397. GUERRIERO *v.* LUFTHANSA GERMAN AIRLINES, INC. App. Ct. Mass. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until April 7, 1997, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.